# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLUB CANNON, LLC, a California limited liability company,<br><br>Plaintiff/Counterdefendant,<br><br>v.<br><br>CRYOFX LLC, a Nevada limited liability company; CO2 CANNON, LLC, a Nevada limited liability company; KRIS MULLINS, an individual; KENNY MULLINS, an individual; and CHRIS JOSLIN, an individual;<br><br>Defendants/Counterplaintiffs. | Civil Action No. 17-cv-0835-WQH-WVG<br><br>**ORDER** |

Pursuant to the parties' joint motion to dismiss with prejudice, and for good cause, IT IS HEREBY ORDERED THAT:

1. All claims, counterclaims and defenses in this action are hereby dismissed with prejudice;

2. Each party is to bear its own costs and attorneys' fees; and,

3. United States Magistrate Judge William V. Gallo shall retain jurisdiction over this matter to enforce compliance with the parties' settlement agreement for a period of six months from the dismissal of this action, including all disputes regarding the settlement terms and arising out of the settlement terms.

**IT IS SO ORDERED.**

Dated: November 6, 2017

Hon. William Q. Hayes
United States District Court